UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WILLIE JOHNSON.,

Plaintiff,

-against-

FMC DEVENS; FBOP OFFICER JOHN DOE 1; FEDERAL BUREAU OF PRISONS; U.S. DEPARTMENT OF JUSTICE; UNITED STATES OF AMERICA.,

Defendants.

26 CIVIL 05258 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the September 11, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, COA is Denied and the case is closed.

SO ORDERED.

Dated: September 16, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge